COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Alyssa Walker

Appellate case number:   01-13-00922-CV

Trial court case number: 12-DCV-202504

Trial court:             328th District Court of Fort Bend County

On November 4, 2013, relator, Alyssa Walker, filed a petition for writ of mandamus and a motion for temporary relief, seeking a stay of the trial court's proceedings and requesting "temporary orders granting [relator] possession of her child, KD and the ability to take KD home." Relator's motion for temporary relief is granted in part and denied in part. We **grant** relator's motion to stay and **deny** relator's "request[] for temporary orders granting [relator] possession of her child, KD and the ability to take KD home."

Accordingly, we ORDER that all proceedings in the above-referenced underlying case are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

We further ORDER that the response to the mandamus petition by any real party in interest, if any, shall be due Tuesday, November 26, 2013.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn Keyes</u>
                  ☒ Acting individually    ☐ Acting for the Court

Date: November 12, 2013